IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL A. HARPER, | No. C 08-00298 SI |
| Plaintiff, | **ORDER DENYING VARIOUS MOTIONS FOR LACK OF JURISDICTION** |
| v. | |
| RONALD M. WHYTE, | |
| Defendant. | |

Plaintiff Paul Harper has filed a "motion to amend/correct" pursuant to Federal Rule of Civil Procedure 52 and a motion for sanctions. After this Court dismissed plaintiff's complaint on January 23, 2008, plaintiff filed a notice of appeal. "As a general rule, the filing of a notice of appeal divests a district court of jurisdiction over those aspects of the case involved in the appeal." *Stein v. Wood*, 127 F.3d 1187, 1189 (9th Cir. 1997); *see also Mayweathers v. Newland*, 258 F.3d 930, 935 (9th Cir. 2001). Accordingly, this Court lacks jurisdiction over plaintiff's motions, and the motions are DENIED [Docket Nos. 12, 18].

**IT IS SO ORDERED.**

Dated: April 2, 2008

SUSAN ILLSTON
United States District Judge